Dennis Michael GALLIPEAU,
Plaintiff—Appellant,

v.

MYSPACE.COM, an internet website;
Fox Interactive Media, Parent compa-
ny and owner of Myspace.Com; John
Doe, Parent of a member of Mys-
pace.Com; Jane Doe, Parent of a
member of Myspace.Com; Jane Doe,
2, Defendants—Appellees.

No. 06–2319.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 22, 2007.

Decided: Feb. 28, 2007.

Dennis Michael Gallipeau, Appellant Pro
Se.

Before WILLIAMS, MOTZ, and
SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Dennis Michael Gallipeau seeks to ap-
peal the district court's dismissal of his
motion to proceed in forma pauperis. De-
nial of in forma pauperis status is reviewed
for abuse of discretion. *See Roberts v.
United States Dist. Ct.*, 339 U.S. 844, 845,
70 S.Ct. 954, 94 L.Ed. 1326 (1950). A
review of the record indicates that the

district court did not abuse its discretion.
Accordingly, we affirm the decision of the
district court. We dispense with oral ar-
gument because the facts and legal conten-
tions are adequately presented in the ma-
terials before the court and argument
would not aid the decisional process.

*AFFIRMED.*